```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 DAVID RAMSEY,                            :
                                          :
                        Plaintiff,        :
                                          :      21cv1832 (DLC)
           -v-                            :
                                          :           ORDER
 RENEWABLE ENERGY GROUP, INC., RANDOLPH   :
 L. HOWARD, TODD ROBINSON, CHAD STONE,    :
 and CYNTHIA J. WARNER,                   :
                                          :
                        Defendants.       :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 2, 2021, the plaintiff filed a class action lawsuit on behalf of all persons and entities that purchased or otherwise acquired Renewable Energy, Inc. securities between May 3, 2018 and February 25, 2021, inclusive. The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act").

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class--
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported class period; and

>     (II) that, not later than 60 days after the date
>     on which the notice is published, any member of
>     the purported class may move the court to serve
>     as lead plaintiff of the purported class.

15 U.S.C. § 78u-4(a)(3)(A)(i).  The PSLRA also requires that not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of class members.  See id. § 78u-4(a)(3)(B)(i).  In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered.  See id. § 78u-4(a)(3)(B)(ii).

Plaintiff's counsel appears to have published the required notice on March 2.  Members of the purported class therefore have until **May 1** to move the Court to serve as lead plaintiffs.  Accordingly, it is hereby

ORDERED that any opposition to any motion for appointment of lead plaintiff shall be served and filed by **May 12.**

IT IS FURTHER ORDERED that a telephone conference shall be held on **May 19** at **3:00 p.m.** to consider any motions for

appointment of lead plaintiff and lead counsel and for consolidation.  The dial-in credentials for the telephone conference are the following:

```
Dial-in:      888-363-4749
Access code:  4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants.

Dated:   New York, New York
         March 3, 2021

```
                          _____
                                DENISE COTE
                          United States District Judge
```