```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
IN RE RENEWABLE ENERGY GROUP              :
SECURITIES LITIGATION                     :    21cv1832(DLC)
------------------------------------------:
                                          :
CHRIS OLSON, individually and on behalf   :
of all others similarly situated,         :
                                          :
                         Plaintiff,       :    21cv5127
                                          :
            -v-                           :    ORDER
                                          :
RENEWABLE ENERGY GROUP, INC., CYNTHIA     :
J. WARNER, CHAD STONE, and TODD           :
ROBINSON,                                 :
                                          :
                         Defendants.      :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On May 19, 2021, this Court issued an Order appointing lead plaintiff and lead counsel in 21cv1832. The Order provides that any class action that is hereafter transferred to this Court and relates to the same subject matter as 21cv1832 shall be consolidated with that action. On June 17, 2021, a related class action, 21cv5127, was transferred to this Court's docket. Accordingly, it is hereby

ORDERED that the Clerk of Court shall consolidate the above actions under the docket number of the lead case, 21cv1832.

Dated:     New York, New York
           June 24, 2021

>                             _____
>                                      DENISE COTE
>                             United States District Judge