```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE RENEWABLE ENERGY GROUP            :
SECURITIES LITIGATION                   :      21cv1832 (DLC)
                                        :
----------------------------------------X      ORDER
```

DENISE COTE, District Judge:

On November 29, 2021, counsel for the defendants submitted a letter pursuant to Rule 4.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:   New York, New York
         November 30, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge