UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
IN RE RENEWABLE ENERGY GROUP SECURITIES  :        21cv1832 (DLC)
LITIGATION                               :
----------------------------------------X        ORDER

DENISE COTE, District Judge:

In an Opinion and Order of January 20, 2022, the Court granted defendants' motion to dismiss this case and directed the Clerk of Court to enter judgment for the defendants.  Under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), courts are required to make findings as to the compliance by all parties and attorneys with Rule 11(b), Fed. R. Civ. P., at the conclusion of all private actions arising under the Securities Exchange Act of 1934.  15 U.S.C. § 78u-4(c); ATSI Commc'ns, Inc. v. Shaar Fund, Ltd., 579 F.3d 143, 152 (2d Cir. 2009). Accordingly, it is hereby

ORDERED that the plaintiff's submission regarding its compliance with Rule 11(b) is due **February 10, 2022**.  Any response by the defendants is due **February 24, 2022**.

Dated:    New York, New York
          January 20, 2022

                              _____
                              DENISE COTE
                              United States District Judge