**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE RENEWABLE ENERGY GROUP
SECURITIES LITIGATION,

21 **CIVIL** 1832 (DLC)

# JUDGMENT

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 20, 2022, Defendants' August 6, 2021 motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
January 20, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**   *K. Mango*

**Deputy Clerk**