```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
IN RE RENEWABLE ENERGY GROUP SECURITIES :    21cv1832 (DLC)
LITIGATION                             :
-------------------------------------- X     ORDER
```

DENISE COTE, District Judge:

This action was filed on March 2, 2021. On May 19, Steven Rosa was appointed as lead plaintiff, in accordance with the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3). The lead plaintiff filed an amended complaint on July 9. On August 6, the defendants moved to dismiss. In an Opinion and Order of January 20, 2022, the Court granted defendants' motion to dismiss this case and directed the Clerk of Court to enter judgment for the defendants.

Under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), courts are required to make findings as to the compliance by all parties and attorneys with Rule 11(b), Fed. R. Civ. P., at the conclusion of all private actions arising under the Securities Exchange Act of 1934. 15 U.S.C. § 78u-4(c); <u>ATSI Commc'ns, Inc. v. Shaar Fund, Ltd.</u>, 579 F.3d 143, 152 (2d Cir. 2009). An Order of January 20 required the plaintiff to file a submission regarding compliance with Rule 11(b) by February 10 and required the defendants to file any response by February 24. On February 8, plaintiff requested an extension of the deadline to March 3 for the plaintiff and March 17 for the defendants.

This request was granted. On March 3, the plaintiff submitted proposed findings of fact and conclusions of law regarding the parties' and their counsels' compliance with Rule 11(b). The defendants have not responded to the plaintiff's submission.

Having reviewed the plaintiff's submission, the Court finds that the parties and their counsel at all times acted reasonably and in compliance with the requirements of Federal Rule of Civil Procedure 11(b). See ATSI Commc'ns, Inc., 579 F.3d at 152.

Dated:   New York, New York
         March 21, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge